UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TIMOTHY HESS and KARREN HESS,<br><br>                Defendants. | NO:  CV-12-645-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80157-PCW11<br><br>ORDER DISMISSING WITH PREJUDICE |

On August 28, 2013, the Bankruptcy Court entered an Order Granting Stipulation of Dismissal of Defendants filed in the Bankruptcy Court, BK ECF No. 46.  This Court reviews the Order as a Report and Recommendation and finds good cause to dismiss Defendants Timothy Hess and Karren Hess as parties to this

ORDER DISMISSING WITH PREJUDICE ~ 1

cause. As Timothy Hess and Karren Hess are the only defendants in this case, the case shall be closed. Accordingly, **IT IS HEREBY ORDERED**:

1. This case is hereby dismissed with prejudice and without costs or fees to any party.

2. All pending court dates and deadlines are hereby **STRICKEN**.

3. Judgment shall be entered, but not in favor of any particular party.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel and to Judge Patricia C. Williams, and **close** this case.

**DATED** this 29th day of August 2013.

>    *s/ Rosanna Malouf Peterson*
> ROSANNA MALOUF PETERSON
> Chief United States District Court Judge

ORDER DISMISSING WITH PREJUDICE ~ 2