# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

In Re: LLS AMERICA, LLC,           Debtor,
BRUCE P. KRIEGMAN, solely in his capacit as court-
appointed Chapter 11 Trustee for LLS America, LLC, )
*Plaintiff* )
v. )   Civil Action No.   CV-12-645-RMP
)
)
TIMOTHY HESS and KARREN HESS, )

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   A Judgment of Dismissal With Prejudice, without costs or fees to any party, is entered in this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   August 29, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson